UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 SEP 10 AM 8:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

JUAN DE DIOS CORTES

    Plaintiff

vs.   CIVIL NO. 98-2286 (JP)

METLIFE, INC.,
SEARS ROEBUCK AND CO.

    Defendants

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** August 11, 1999<br>**Docket #** 30<br>[ ] Plffs   [X] Defts   [ ] Other<br><br>**Title:** Motion Requesting Deadline to File Dispositive Motions Be Set Aside and The Scheduling of a New Scheduling Conference | **GRANTED IN PART.** The Court hereby orders that given the addition of Sears Roebuck and Co. as Defendant in the instant matter, the deadline for the filing of dispositive motions is hereby reset from September 17, 1999 to **November 8, 1999**. The deadline for responses is changed from October 8, 1999 to **November 29, 1999**. The Court hereby reschedules the pretrial conference from November 8, 1999 at 4:00 p.m. to **January 3, 1999** at 2:00 p.m., and the trial from November 15, 1999 at 9:00 a.m. to **January 10, 1999** at 9:00 a.m. |

Date: 9/7/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:         EOD:

By:         # 31

3

9/9/99 s/c: Jury Clerk