IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN DE DIOS CORTES,

    Plaintiff,

v.                                    CIVIL NO. 98-2286 (JP)

METLIFE, INC., et al.,

    Defendants

### PARTIAL JUDGMENT

Pursuant to Plaintiff Juan de Dios Cortés' Motion Requesting Voluntary Dismissal with Prejudice (**docket No. 32**), which is hereby **GRANTED** and made a part of this Judgment, and Federal Rule of Civil Procedure 41(a)(1), the Court hereby **DISMISSES WITH PREJUDICE** the above-captioned Complaint against co-Defendant Sears Roebuck and Company.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 20th day of October, 1999.

JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE

AO 72A
(Rev.8/82)