UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV -3  AM 10: 04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

JUAN DE DIOS CORTES, et al.

    Plaintiffs

vs.                                                                                          CIVIL NO. 98-2286 (JP)

METLIFE, INC., et al.

    Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| Date Filed: October 27, 1999<br>Docket # 34<br>[X] Plffs   [] Defts   [] Other<br><br>Title: Motion for Continuance for Filing of Dispositive Motion | **GRANTED IN PART.** Plaintiffs **SHALL** file their dispositive motion on or before **November 12, 1999.** The deadline for responses will not be changed. |

Date: 11/1/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:          EOD:

By:            #35