UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV 29 AM 8 00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

JUAN DE DIOS CORTES, et al.

    Plaintiffs

vs.                                                    CIVIL NO. 98-2286 (JP)

METLIFE, INC., et al.

    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 18, 1999<br>**Docket #** 38<br>[] **Plffs**   [X] **Defts**   [] **Other**<br><br>**Title:** Motion Requesting Extension of Time to File Opposition to Plaintiff's Pretrial Dispositive Motion | **DENIED.** The Court clearly indicated in its previous order that the deadline for responses to the dispositive motions would not be changed. To permit an extension for the filing of an opposition would impinge on the pretrial date and not permit the Court sufficient time to address the dispositive motion and opposition. |
| **Date Filed:** November 22, 1999<br>**Docket #** 39<br>[] **Plffs**   [X] **Defts**   [] **Other**<br><br>**Title:** Motion Requesting Submitting Original Affidavit and Requesting Substitution of Exhibit One of Defendant's Motion for Summary Judgment | **NOTED.** The original affidavit submitted by Defendant **SHALL** be substituted for the faxed copy originally submitted with its Motion for Summary Judgment. |

**Date:**

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:        EOD:

By:        #40