UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 DEC 30 AM 7: 48
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P R

JUAN DE DIOS CORTES, et al.

    Plaintiffs

vs.

CIVIL NO. 98-2286 (JP)

METLIFE, INC., et al.

    Defendants

## ORDER

| MOTION | RULING |
| --- | --- |
| Date Filed: December 28, 1999<br>Docket # 45<br>[X] **Plffs**  [X] **Defts**  [] **Other**<br><br>**Title:** Motion Regarding Pretrial and Trial | **GRANTED.** In their joint motion, the parties indicate that because cross-motions for summary judgment are pending before the Court that will dispose of all issues of fact and law, there is no need for a pretrial conference or a bench trial. As the parties are, in effect, conceding that there is no genuine issue of material fact to justify a trial and stipulating to the resolution of the case based on the motions and supporting documentation filed with the Court, the Court **GRANTS** the Motion to discontinue the pretrial on January 3, 2000 and the trial on January 10, 2000. |

Date: 12/29/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:          EOD:

By:             #46