UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN DE DIOS CORTES, et al.

    Plaintiffs

vs.                                                 CIVIL NO. 98-2286 (JP)

METLIFE, INC., et al.

    Defendants

## ORDER

[RECEIVED AND FILED 2000 SEP 18 PM 7:03, CLERK'S OFFICE ANNEX, U.S. DISTRICT COURT, OLD SAN JUAN, P.R.]

| MOTION | RULING |
|---|---|
| **Date Filed:** September 5, 2000<br>**Docket # 47**<br>[ ] **Plffs**  [X] **Defts**  [ ] **Other**<br><br>**Title:** Motion Withdrawing As Legal Representative and Assuming Legal Representation | **NOTED.** The Court hereby **NOTES** that María T. Ferrán of Mercado & Soto will no longer be counsel of record for Defendant Metropolitan Life Insurance Company, and that Francisco J. Amundaray of Mercado & Soto will continue to appear on behalf of said Defendant. |

Date: 9/18/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By: _____ # 48