UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN DE DIOS CORTES, et al.

    Plaintiffs

vs.                                                                            CIVIL NO. 98-2286 (JP)

METLIFE, INC., et al.

    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: October 30, 2000<br>Docket # 52<br>[ ] Plffs   [X] Defts   [ ] Other<br><br>Title: Motion Requesting Extension of Time to Answer Order | **GRANTED IN PART.** Defendant Metropolitan Life Insurance Company **SHALL** submit the information regarding the computation of Plaintiffs' Long Term Disability Benefits on or before **November 9, 2000**. Should Defendant fail to submit the required information by that date, the Court will enter judgment for Plaintiffs based exclusively on Plaintiffs' proposed calculation. |

Date: 11/2/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:       EOD:

By:      #55

3