UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN DE DIOS CORTES, et al.

    Plaintiffs

vs.

METLIFE, INC., et al.

    Defendants

CIVIL NO. 98-2286 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 22, 2000<br>**Docket #** 59<br>[ ] **Plffs**   [X] **Defts**   [ ] **Other**<br><br>**Title:** Motion Withdrawing as Legal Representative | **NOTED.** The Court **NOTES** that Vivian Crespo Miranda is no longer employed at the law firm of Mercado & Soto, PSC, but that Mercado & Soto will continue as counsel of record for Defendant Metropolitan Life Insurance Company. |

Date: 12/3/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By: /H/   # 60