UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN DE DIOS CORTES, et al.

    Plaintiffs

vs.                                                    CIVIL NO. 98-2286 (JP)

METLIFE, INC., et al.

    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** January 5, 2001<br>**Docket #** 61<br>[] **Plffs**   [X] **Defts**   [] **Other**<br><br>**Title:** Motion in Compliance with Agreement | Defendant Metropolitan Life Insurance, Inc. ("MetLife") asks the Court to take note that pursuant to a general release and settlement agreement entered into between Defendant and Plaintiffs on December 14, 2000, MetLife has satisfied its obligations thereunder and paid the sum of $60,000.00 to Plaintiffs. This Court, however, entered a Final Judgment in Plaintiffs' favor on November 15, 2000. The actions of the parties thus come subsequent to the entry of Final Judgment. The settlement described in Defendant's motion was not filed with the Court, nor was a motion to alter or amend the sentence filed in relation thereto. As such, the Court cannot take note of the settlement, as the Court's jurisdiction over this case terminated with the entry of Final Judgment. |
| Date: 1/12/01 | JAIME PIERAS, JR.<br>U.S. Senior District Judge |
| | Rec'd:        EOD:<br>By: jk        # 62 |